

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

YORK INTERNATIONAL CORPORATION,
a Delaware corporation,

        Plaintiff,

    vs.

ATLANTIC AIR CONDITIONING & HEATING,
an Illinois corporation,

        Defendant.

**08CV3605**
**JUDGE MAROVICH**
**MAGISTRATE JUDGE BROWN**

**F I L E D**

JUN 2 4 2008 T C
Jun 24. 2008
~~MICHAEL W. DOBBINS~~
~~CLERK, U.S. DISTRICT COURT~~

COMPLAINT

## I.    JURISDICTION AND PARTIES

A.    Plaintiff is a Delaware corporation, with its principal place of business at 5005 York Drive, Norman, OK 73069.

B.    Defendant is an Illinois corporation, with its principal place of business at 1723 North 25th Avenue, Melrose Park, IL 60160.

C.    This action brought pursuant to 28 USC 1332(a), is of a civil nature involving, exclusive of interest and costs, a sum in excess of $75,000.00.  Venue is pursuant to 28 USC 1391(a).

## II.    CLAIM FOR RELIEF

Defendant owes plaintiff the sum of $82,769.70 for goods sold and delivered to the defendant at its request prior to March 4, 2008.  Defendant, in addition to the monies owed for goods sold and delivered, is in accordance with an executed credit application liable for interest at the rate of 18% per annum until paid in full as well as all collection fees and expenses

including plaintiff's reasonable attorney fees. WHEREFORE, plaintiff demands:

1.    Judgment in the amount of $82,769.70, together in accordance with the written

credit application interest at the rate of 18% per annum until paid as well as all collection fees

and expenses including plaintiff's reasonable attorney fees.

2.    Such other relief as may be proper.

Dated: June 4, 2008.

KOHNER, MANN & KAILAS, S.C.
Attorneys for Plaintiff

BY _____
        Jordan B. Reich
        Renee M. Mehl

Post Office Address:
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
(414) 962-5110
(414) 962-8725 FAX