

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number

York International Corporation,                     **08CV3605**
                                                    **JUDGE MAROVICH**
vs.                                                 **MAGISTRATE JUDGE BROWN**

Atlantic Air Conditioning & Heating, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

York International Corporation

---

| | |
|---|---|
| **NAME** (Type or print) <br> Jordan B. Reich | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jordan B. Reich | |
| **FIRM** <br> Kohner, Mann & Kailas, S.C. | **FILED** <br> JUN 2 4 2008 TC <br> Jun 24, 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |
| **STREET ADDRESS** <br> 4650 North Port Washington Road | |
| **CITY/STATE/ZIP** <br> Milwaukee, WI 53217 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** <br> 414-962-5110 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |