# United States District Court

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YORK INTERNATIONAL CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> V. <br><br> ATLANTIC AIR CONDITIONING & HEATING, an Illinois corporation, <br><br> Defendant. | **08CV3605** <br> **JUDGE MAROVICH** <br> **MAGISTRATE JUDGE BROWN** <br><br> **SUMMONS IN A CIVIL CASE** |

TO:    ATLANTIC AIR CONDITIONING & HEATING
         1723 North 25th Avenue
         Melrose Park, IL 60160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Jordan B. Reich
Renee M. Mehl
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **MICHAEL W. DOBBINS** | **JUN 2 4 2008** |
| CLERK | DATE |
| *J. Cervantes* (signature) <br> (BY) DEPUTY CLERK | |

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

York International Corp.

vs.   Atlantic Air Conditioning & Heating

Case Number   08 CV 3605

## AFFIDAVIT OF SERVICE

I, Steve Serafin, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 14 day of July, 2008, at 11:15 AM at 1723 North 25th Ave., Melrose Park, IL 60160, did serve the following document(s):

**Summons and Complaint**

Upon:   **Atlantic Air Conditioning & Heating**

By:   ☑ Personally serving to:   Erna Villareal-Secretary, Authorized To Accept.

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 1723 North 25th Ave., Melrose Park, IL 60160 on

| Description: | Sex | **Male** | Race | **Hispanic** | Approximate Age | **45** |
|---|---|---|---|---|---|---|
| | Height | **5'4** | Weight | **170** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Steve Serafin
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101