UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YORK INTERNATIONAL CORPORATION, an Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>ATLANTIC AIR CONDITIONING & HEARING, An Illinois corporation,<br><br>Defendant. | CASE NO. 08-CV-3605<br><br>JUDGE MAROVICH<br>MAGISTRATE JUDGE BROWN<br><br>NOTICE OF MOTION FOR DEFAULT JUDGMENT |

On August 26, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable George M. Marovich, United States District Judge, United States District Court, Northern District of Illinois, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there bring on for hearing the Plaintiff's Motion for Default Judgment.

Dated: August 19, 2008.

KOHNER MANN & KAILAS, S.C.
Attorneys for Plaintiff

BY    /s/ Jordan B. Reich
          Jordan B. Reich

Post Office Address Address:
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone:  (414) 962-5110
Facsimile:  (414) 962-8725