UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YORK INTERNATIONAL CORPORATION,<br>an Delaware corporation,<br><br>              Plaintiff,<br>     vs.<br><br>ATLANTIC AIR CONDITIONING & HEARING,<br>An Illinois corporation,<br><br>              Defendant. | CASE NO. 08-CV-3605<br><br>JUDGE MAROVICH<br>MAGISTRATE JUDGE BROWN<br><br>MOTION FOR DEFAULT<br>JUDGMENT |

Plaintiff moves the court for an order pursuant to Rule 55 (b) (2), Federal Rules of Civil Procedure granting plaintiff default judgment in accordance with the demand of the complaint in the amount of $82,769.70, together with attorney fees, interest at the rate of 18% per annum since March 11, 2008, plus its actual costs and disbursements of $442.50, for a total of $95,003.28.

Plaintiff's motion is made on the grounds that the defendant has failed to file on a timely basis a responsive pleading to plaintiff's complaint.

This motion is based upon the records and files herein and the attached affidavit of Jordan B. Reich, Kohner, Mann & Kailas, S.C., attorneys for the plaintiff.

Dated: August 19, 2008.

                                        KOHNER MANN & KAILAS, S.C.
                                        Attorneys for Plaintiff

                                        BY    /s/ Jordan B. Reich
                                                Jordan B. Reich

Post Office Address Address:
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725