UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YORK INTERNATIONAL CORPORATION, an Delaware corporation, | CASE NO. 08-CV-3605 |
| | JUDGE MAROVICH |
| | MAGISTRATE JUDGE BROWN |
| Plaintiff, | |
| vs. | AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| ATLANTIC AIR CONDITIONING & HEARING, An Illinois corporation, | |
| Defendant. | |

STATE OF WISCONSIN    )
                                          (ss
COUNTY OF MILWAUKEE    )

Jordan B. Reich being duly sworn says:

1.  He is one of the attorneys for the plaintiff and makes this affidavit on its behalf in support of the plaintiff's motion for default judgment having been authorized to do so.

2.  The summons and complaint were served on the defendant on July 14, 2008, and the proof of service is on file with the court.

3.  The defendant has not answered or otherwise appeared and the time within which to answer or otherwise appear has expired.

4.  The amount due and owing to the plaintiff is, in accordance with the statement account attached hereto as Exhibit 1, is $82,769.70.  Pursuant to the credit application, attached hereto as Exhibit 2, plaintiff is entitled to reasonable attorney fees of $4935.00, together with interest at the rate of 18% per annum since March 11, 2008, totaling 6856.08, plus its actual costs and disbursements of $442.50, for a total of $95,003.28.

                                        /s/ Jordan B. Reich
                                        JORDAN B. REICH

Subscribed and sworn to before me
this 19th day of August, 2008.

/s/James E. Kachelski
Notary Public, Milwaukee County, WI
My commission is permanent.

**YORK**
A JOHNSON CONTROLS COMPANY

Unitary Products Group
North America

**STATEMENT**

FED ID No. 13-3473472

| CUSTOMER NO. |
|---|
| 824146 |
| STATEMENT |
| 03/04/08 |
| TOTAL DUE |
| 82769.70 |

**TO:** Atlantic A/C & Heating
1723 N.25TH AVE
MELROSE PARK, IL 60160-1823

**REMIT TO:**
York International Corp
Unitary Products Group
P O Box 905578
Charlotte, NC 28290-5578

| STATEMENT DATE | CUSTOMER NO. |
|---|---|
| 03/04/08 | 824146 |

| INVOICE DATE | DUE DATE | TYPE | STATUS | INVOICE NO | CUSTOMER PO NO. | CHARGE | CREDIT |
|---|---|---|---|---|---|---|---|
| 10/30/07 | 11/20/07 | IN | PAST DUE | 6056385-00 | 1420 WASH. BLVD(MAYWD | 649.18 | |
| 11/01/07 | 12/20/07 | IN | PAST DUE | 6059471-00 | 110107 | 4075.91 | |
| 11/01/07 | 12/20/07 | IN | PAST DUE | 6059571-00 | 110107 | 232.57 | |
| 11/02/07 | 12/20/07 | IN | PAST DUE | 6060013-00 | VASQUEZ | 2457.93 | |
| 11/02/07 | 12/20/07 | IN | PAST DUE | 6060022-00 | CARATE | 1550.93 | |
| 11/02/07 | 12/20/07 | IN | PAST DUE | 6060312-00 | 2637 W NORTH AVE | 190.56 | |
| 11/02/07 | 12/20/07 | IN | PAST DUE | 6060974-00 | ADRIAN | 831.47 | |
| 11/02/07 | 12/20/07 | IN | PAST DUE | 6061005-00 | ADRIAN 110207 | 1027.20 | |
| 11/05/07 | 12/20/07 | IN | PAST DUE | 6060492-00 | 110207 | 435.72 | |
| 11/05/07 | 12/20/07 | IN | PAST DUE | 6061563-00 | 4735 n keating | 1203.43 | |
| 11/05/07 | 12/20/07 | IN | PAST DUE | 6061870-00 | STOCK | 127.57 | |
| 11/07/07 | 12/20/07 | IN | PAST DUE | 6062806-00 | 110607 | 3400.97 | |
| 11/08/07 | 12/20/07 | IN | PAST DUE | 6064095-00 | 110707 | 6333.71 | |
| 11/09/07 | 12/20/07 | IN | PAST DUE | 6065594-00 | 110907 | 1528.10 | |
| 11/12/07 | 12/20/07 | IN | PAST DUE | 6064456-00 | 1108007 | 5160.27 | |
| 11/12/07 | 12/20/07 | IN | PAST DUE | 6066660-00 | 111207 | 1181.01 | |
| 11/13/07 | 12/20/07 | IN | PAST DUE | 6067651-00 | 11-13-07 | 3121.88 | |
| 11/13/07 | 12/20/07 | IN | PAST DUE | 6067651-01 | 11-13-07 | 666.25 | |
| 11/13/07 | 12/20/07 | IN | PAST DUE | 6067722-00 | 1124 S 23RD | 615.25 | |
| 11/14/07 | 12/20/07 | IN | PAST DUE | 6067271-00 | ADRIAN 111207 | 1646.66 | |
| 11/14/07 | 12/20/07 | IN | PAST DUE | 6067651-02 | 11-13-07 | 51.36 | |
| 11/14/07 | 12/20/07 | IN | PAST DUE | 6069188-00 | 111307 | 2866.41 | |
| 11/14/07 | 12/20/07 | IN | PAST DUE | 6069398-00 | ADRIAN | 1575.81 | |

Page 1 of 3

| CURRENT | PERIOD 2 | PERIOD 3 | PERIOD 4 | PERIOD 5 |
|---|---|---|---|---|
| 0.00 | 1186.02- | 13585.05 | 69721.49 | 649.18 |
| SERVICE CHARGE | MISCELLANEOUS CREDITS | FUTURE DUE | ON ORDER | SERVICE CHARGE YTD |
| 0.00 | 6286.15- | 0.00 | 0.00 | 0.00 |

IN - Invoice          RB - Rebate              CD - C.O.D.                   CR - Credit M        DR Debit Memo
SC - Service Charge   UC - Unapplied Cash      MC - Miscellaneous Credit     CK - Check   **Exhibit 1, p.1**   Reversal



**YORK**
A JOHNSON CONTROLS COMPANY

**Unitary Products Group**
**North America**

**STATEMENT**

FED ID No. 13-3473472

| CUSTOMER NO. |
|---|
| 824146 |
| STATEMENT |
| 03/04/08 |
| TOTAL DUE |
| 82769.70 |

**TO:** Atlantic A/C & Heating
1723 N.25TH AVE
MELROSE PARK, IL 60160-1823

**REMIT TO:**

York International Corp
Unitary Products Group
P O Box 905578
Charlotte, NC 28290-5578

| STATEMENT DATE | CUSTOMER NO. |
|---|---|
| 03/04/08 | 824146 |

| INVOICE DATE | DUE DATE | TYPE | STATUS | INVOICE NO | CUSTOMER PO NO | CHARGE | CREDIT |
|---|---|---|---|---|---|---|---|
| 11/15/07 | 12/20/07 | IN | PAST DUE | 6067239-00 | 1442 S. 36TH ST | 1309.11 | |
| 11/15/07 | 12/20/07 | IN | PAST DUE | 6070011-00 | ADRIAN | 880.06 | |
| 11/15/07 | 12/20/07 | MC | ACTIVE | 6070074-00 | adrian/6069398 | | 672.23- |
| 11/16/07 | 12/20/07 | IN | PAST DUE | 6071422-00 | 2007 Advertising | 750.00 | |
| 11/20/07 | 12/20/07 | IN | PAST DUE | 6072250-00 | MEBILL | 1612.61 | |
| 11/20/07 | 12/20/07 | IN | PAST DUE | 6073099-00 | 112007 | 3857.36 | |
| 11/21/07 | 12/20/07 | IN | PAST DUE | 6074131-00 | ADRIAN | 649.54 | |
| 11/21/07 | 12/20/07 | IN | PAST DUE | 6074165-00 | RAUL STOCK | 503.72 | |
| 11/26/07 | 12/20/07 | IN | PAST DUE | 6075002-00 | 112607 | 2613.89 | |
| 11/26/07 | 12/20/07 | IN | PAST DUE | 6075094-00 | 11/26/07 | 74.96 | |
| 11/28/07 | 12/20/07 | IN | PAST DUE | 6077659-00 | 112807 | 2861.50 | |
| 12/03/07 | 01/20/08 | IN | PAST DUE | 6067271-01 | ADRIAN 111207 | 86.24 | |
| 12/03/07 | 01/20/08 | IN | PAST DUE | 6080216-00 | LUIS | 582.77 | |
| 12/03/07 | 01/20/08 | IN | PAST DUE | 6081014-00 | ADRIAN | 1004.14 | |
| 12/04/07 | 01/20/08 | MC | ACTIVE | 6082700-00 | 6077659 | | 833.54- |
| 12/07/07 | 01/20/08 | IN | PAST DUE | 6081555-00 | ADRIAN 1 | 930.10 | |
| 12/07/07 | 01/20/08 | IN | PAST DUE | 6085478-00 | 4829 W. Demming | 616.17 | |
| 12/11/07 | 01/20/08 | IN | PAST DUE | 6084232-00 | KOSTNER CHURCH | 2838.02 | |
| 12/11/07 | 01/20/08 | MC | ACTIVE | 6086738-00 | 6073099 | | 819.79- |
| 12/11/07 | 01/20/08 | IN | PAST DUE | 6087785-00 | adrian | 666.25 | |
| 12/11/07 | 01/20/08 | MC | ACTIVE | 6087809-00 | 6081555 | | 690.57- |
| 12/12/07 | 01/20/08 | IN | PAST DUE | 6084232-01 | KOSTNER CHURCH | 692.58 | |
| 12/12/07 | 01/20/08 | IN | PAST DUE | 6089303-00 | ADRIAN | 36.50 | |

Page 2 of 3

| CURRENT | PERIOD 2 | PERIOD 3 | PERIOD 4 | PERIOD 5 |
|---|---|---|---|---|
| 0.00 | 1186.02- | 13585.05 | 69721.49 | 649.18 |

| SERVICE CHARGE | MISCELLANEOUS CREDITS | FUTURE DUE | ON ORDER | SERVICE CHARGE YTD |
|---|---|---|---|---|
| 0.00 | 6286.15- | 0.00 | 0.00 | 0.00 |

IN - Invoice         RB - Rebate              CD - C.O.D.                    CR - Credit Memo          -- Debit Memo
SC - Service Charge  UC - Unapplied Cash      MC - Miscellaneous Credit      CK - Check    Exhibit 1, p.2   Reversal



**Unitary Products Group**
**North America**

# STATEMENT

FED ID No. 13-3473472

| CUSTOMER NO. |
|---|
| 824146 |
| STATEMENT |
| 03/04/08 |
| TOTAL DUE |
| 82769.70 |

TO:  Atlantic A/C & Heating
1723 N.25TH AVE
MELROSE PARK, IL 60160-1823

**REMIT TO:**

York International Corp
Unitary Products Group
P O Box 905578
Charlotte, NC 28290-5578

| STATEMENT DATE | CUSTOMER NO. |
|---|---|
| 03/04/08 | 824146 |

| INVOICE DATE | DUE DATE | TYPE | STATUS | INVOICE NO | CUSTOMER PO NO | CHARGE | CREDIT |
|---|---|---|---|---|---|---|---|
| 12/13/07 | 01/20/08 | IN | PAST DUE | 6089992-00 | MILWAUKEE & KEDZIE | 266.01 | |
| 12/17/07 | 12/18/07 | IN | PAST DUE | 1279-99 | | 15000.00 | |
| 01/07/08 | 02/20/08 | MC | ACTIVE | 6103974-00 | FRANCES-2007 PERS USE | | 1314.12- |
| 01/07/08 | 02/20/08 | MC | ACTIVE | 6104009-00 | LUIS-2007 PERSONAL USE | | 1955.90- |
| 01/10/08 | 02/20/08 | IN | PAST DUE | 6107375-00 | 2007 Advertising | 1500.00 | |
| 01/11/08 | 01/12/08 | IN | PAST DUE | 1306-99 | | 8210.17 | |
| 01/29/08 | 02/20/08 | IN | PAST DUE | 6121002-00 | 2007 Medi Cruise | 584.00 | |
| | | | | | Balance Due: | | 82769.70 |

Any questions regarding the contents on this statement
call 405-419-6443 or 405-419-6453, 8:00 to 5:00 Central time

Page  3 of 3

| CURRENT | PERIOD 2 | PERIOD 3 | PERIOD 4 | PERIOD 5 |
|---|---|---|---|---|
| 0.00 | 1186.02- | 13585.05 | 69721.49 | 649.18 |
| SERVICE CHARGE | MISCELLANEOUS CREDITS | FUTURE DUE | ON ORDER | SERVICE CHARGE YTD |
| 0.00 | 6286.15- | 0.00 | 0.00 | 0.00 |

IN - Invoice          RB - Rebate              CD - C.O.D.               CR - Credit Memo      DB - Debit Memo
SC - Service Charge   UC - Unapplied Cash      MC - Miscellaneous Credit CK - Ch⋯              ⋯/ - Reversal

Exhibit 1, p.3

**YORK** Unitary Products Group
YORK INTERNATIONAL

824146   OK QE
1-4-05
30K C.L.

Rev. YORK 12/98

## CREDIT APPLICATION

The undersigned Applicant hereby applies and specifically requests the establishment of an open account credit with UNITARY PRODUCTS GROUP, York International Corporation (YORK) for the purpose of purchasing merchandise on credit. The following information is provided for YORK's consideration in the approval of the Application. The Applicant understands that the submittal of this Application does not constitute a credit account until approved by YORK based on the terms as specified by YORK.

### APPLICANT INFORMATION

Business Name: Atlantic AC/Heating
Shipping Address: 9870 Derby Lane, City Westchester, State IL, Zip 60154
Billing Address: SAME, City ___, State ___, Zip ___
CONTACT PERSON: Luis   Telephone #: (708)731-2500   Fax #: (708)731-2363
Type of Business: ☐ SUBCONTRACTOR  ☐ FACILITIES MANAGEMENT  ☐ INDUSTRIAL  ☐ OTHER
Date Business Established 08-2000   Federal I.D. #: 36 4417344
Taxable: ☒ YES  ☐ NO  If no, attach tax exemption certificate.  Contractor's License #: 1352605
Business is a: ☒ Corporation  ☐ Partnership  ☒ Sole Proprietorship  ☐ Limited Liability Company
(List Officers Below)  (List Partners Below)  (List Owner Below)  (List Members Below)

### PRINCIPAL INFORMATION

Principal Name: Blanca Vega, Title President
Address: 680 Tallgrass, City Bolingbrook, State IL, Zip 60440
Home Phone No.: 630 739-2866, Social Security No. ___
Driver's License No. ___

Principal Name: ___, Title ___
Address: ___, City ___, State ___, Zip ___
Home Phone No.: ( ) ___, Social Security No. ___
Driver's License No. ___

### CREDIT INFORMATION

Has Applicant ever done business with YORK previously? ☐ YES  ☒ NO  If so, list ___
Estimated monthly purchases 50,000.00   Credit line requested Open
List Bank References:
1. Name Charter One   Address ___
   Account # 8162318506   Phone # (877)242-7837   Fax # ( ) ___
2. Name ___   Address ___
   Account # ___   Phone # ( ) ___

Exhibit 2, p.1

Rev. YORK 12/98

# CREDIT INFORMATION (Cont'd)

List Trade References:

1. Name **Munch Supply** Address **300 N. Mannheim Rd**
   Account # _____ Phone # **(708) 547-1121** Fax # ( ) _____

2. Name **Park Supply** Address **3509 W. Addison**
   Account # _____ Phone # **(773) 282-8700** Fax # ( ) _____

3. Name _____ Address _____
   Account # _____ Phone # ( ) _____ Fax # ( ) _____

4. Name _____ Address _____
   Account # _____ Phone # ( ) _____ Fax # ( ) _____

**YORK'S TERMS AND CONDITIONS** – Payment terms are "DUE NET 20TH OF THE MONTH FOLLOWING INVOICE DATE (NET 20TH PROX)." Applicant agrees to pay reasonable Attorney and Collection fees and expenses if such are required to collect past due amounts. If the amount of any invoice is past due thirty days, YORK reserves the right to add to any such past due amount a charge of 1½% (18% per annum), or the legal allowable rate, whichever is lower, and thereafter at the end of every thirty-day period until paid in full. Applicant agrees to be bound by all terms and conditions contained in this Application.

**CHANGE IN STATUS** – Applicant shall notify YORK in writing of any and all changes in the business nature of Applicant, including but not limited to changes in: corporation structure; state of incorporation; principal place of business; corporate shareholders; principals and/or owners of Applicant. No changes in corporate structure shall have any effect upon the rights and remedies of YORK which exist at the execution of this Application without the express, written acceptance of YORK. Applicant shall immediately provide any additional information deemed necessary by YORK, including the provision of an updated Credit Application upon the request by YORK.

I/We certify that all information stated in this Application and any attachment hereto is true and correct to the best of my/our knowledge. Applicant hereby authorizes the references and any credit information agency to release all information relative to its credit ratings and reputation to YORK. All goods sold to Applicant on a credit account opened under this Application are sold in express reliance on the information contained herein, or attached hereto.

BY: **Blanca Vega** **President** **12-15-2004**
   (Signature) (Title) (Date)

BY: _____ _____ _____
   (Signature) (Title) (Date)

**THIS CREDIT APPLICATION IS TO BE RETURNED TO THE FOLLOWING ADDRESS:**

**THIS PORTION FOR YORK OFFICE USE ONLY**

Exhibit 2, p.2