UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YORK INTERNATIONAL CORPORATION, an Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC AIR CONDITIONING & HEARING, An Illinois corporation,<br><br>Defendant. | CASE NO. 08-CV-3605<br><br>JUDGE MAROVICH<br>MAGISTRATE JUDGE BROWN<br><br>AFFIDAVIT OF MAILING |

STATE OF WISCONSIN    )
                      (ss
COUNTY OF MILWAUKEE   )

Jordan B. Reich being duly sworn says:

1. He is one of the attorneys for the plaintiff and makes this affidavit on its behalf in having been authorized to do so.

2. On August 19, 2008, your affiant served plaintiff's Notice of Motion and Motion for default Judgment by first class mail, a copy of the Notice of Motion, Motion of Default Judgment, Affidavit in Support of the Motion for default to the defendant in care of Erna Villareal, 1723 North 25th Avenue, Melrose Park, IL 60106.

  /s/ Jordan B. Reich
  JORDAN B. REICH

Subscribed and sworn to before me
this 19th day of August, 2008.

James E. Kachelski
Notary Public, Milwaukee County, WI
My commission expires 10/05/08