UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

---

YORK INTERNATIONAL CORPORATION,
an Delaware corporation,

Plaintiff,

vs.

ATLANTIC AIR CONDITIONING AND HEATING,
An Illinois corporation

Defendant.

CASE NO. 08-CV-3605

JUDGE MAROVICH
MAGISTRATE JUDGE BROWN

AFFIDAVIT OF JORDAN RIECH
IN SUPPORT OF PLAINTIFF'S
REQUEST FOR ATTORNEY FEES
AND COSTS

---

STATE OF WISCONSIN )
( SS
COUNTY OF MILWAUKEE )

Jordan B. Reich being duly sworn says:

1. He is one of the attorneys for the plaintiff and makes this affidavit on its behalf in support of the plaintiff's request for costs, disbursements and attorney fees.

2. The plaintiff has as the result of the filing of the action herein incurred the following costs and disbursements:

| | |
|---|---|
| a. Filing fee: | $350.00 |
| b. Service | $92.50 |
| Total | $442.50 |

3. In accordance with the terms and conditions of sale between the parties, attached as Exhibit 2 to the Affidavit In Support of Plaintiff's Motion for Default Judgment, plaintiff, in addition to its costs and disbursements, is entitled to recover its attorney fees.

4. Your affiant's firm in prosecution of the plaintiff's claim has expended twenty-one (21) hours. The twenty-one (21) hours include the following:

a. Pre-litigation investigation including various attempts to contact the defendant;

b. The preparation and drafting of the pleadings, filing and serving same;

c. The drafting, filing and serving of plaintiff's Motion for Default Judgment and supporting documents;

d. Appearances before the court on August 26, 2008;

e. The drafting and filing of a proposed order for default judgment;

f. The drafting and filing of the affidavit in support of plaintiff's request for attorney fees and costs.

5. Your affiant's hourly charge in this matter is $235.00. The total attorney fees being the sum of $4,935.00. The total costs, disbursements and attorney fees being $5,377.50.

/s/ Jordan B. Reich
Jordan B. Reich

Subscribed and sworn to before me
this 11th day of January 2008.

/s/ James E. Kachelski
Notary Public, Milwaukee County, WI
My commission is permanent.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

---

YORK INTERNATIONAL CORPORATION,
an Delaware corporation,

Plaintiff,

vs.

ATLANTIC AIR CONDITIONING & HEARING,
An Illinois corporation,

Defendant.

CASE NO. 08-CV-3605

JUDGE MAROVICH
MAGISTRATE JUDGE BROWN

AFFIDAVIT OF MAILING

---

STATE OF WISCONSIN )
(ss
COUNTY OF MILWAUKEE )

Jordan B. Reich being duly sworn says:

1. He is one of the attorneys for the plaintiff and makes this affidavit on its behalf in having been authorized to do so.

2. On August 20, 2008, your affiant served Affidavit of Jordan B. Reich in Support of Plaintiff's Request for Attorney Fees and Costs on the defendant in care of Erna Villareal, 1723 North 25th Avenue, Melrose Park, IL 60106.

/s/ Jordan B. Reich
JORDAN B. REICH

Subscribed and sworn to before me
this 20st day of August, 2008.

/s/James E. Kachelski
Notary Public, Milwaukee County, WI
My commission expires is permanent